October 1, 2008                                          NOTICE OF REQUIREMENT TO SUBMIT A SCHEDULING ORDER
                                                                              HON. STEPHEN C. ROBINSON

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

**Greystone Bank**                          **NOTICE OF REQUIREMENT**
                    Plaintiff(s),           **TO SUBMIT A SCHEDULING ORDER**

        v.                                  **Case No. 09 Civ 9978 (SCR)**

**Castle 2001 LLC**         Defendant(s)
------------------------------------------------------x

**STEPHEN C. ROBINSON, UNITED STATES DISTRICT JUDGE**

Counsel for **all parties are** directed to confer and develop a Proposed Civil Case Discovery Plan and Scheduling Order. A copy of the Court's Civil Case Discovery Plan and Scheduling Order is available at the Court's website nysd.uscourts.gov. The attorneys of record and all represented parties that have appeared in the case are jointly responsible for the submission of such order to the Court for its review and approval.

The parties shall submit a proposed Scheduling Order to the Court at the Initial Case Management Conference. The Court will file by ECF an approved Scheduling Order.

The Initial Case Management Conference is scheduled for **March 11, 2010 @ 3:30pm**.

The parties are directed to submit a joint letter five business days prior to the conference addressing the following in separate paragraphs: (1) a brief description of the case, including the factual, jurisdictional and legal bases for the claims(s) and defenses(s); (2) any contemplated motions; and (3) the prospect for settlement.



    Counsel are directed to review Judge Robinson's Individual Rules of Practice. The Rules may be obtained at the Clerk's Office on the first floor of the United States Courthouse, 300 Quarropas Street, White Plains, New York, or by visiting the Court's website at nysd.uscourts.gov. Request for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Robinson's Rules.

**PLEASE NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE <u>IMMEDIATELY</u>.**

Dated: December 10, 2009                         Chambers of
                                                 The Honorable Stephen C. Robinson