United States District Court for the
Southern District of New York

| | | |
|---|---|---|
| Greystone Bank | Plaintiff, | |
| -against- | | **AFFIDAVIT OF SERVICE**<br>Civil Action No. 09CV9978 |
| Castle 2001 LLC | Defendant. | |

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is not a party to this action and is acting as agent of **EMPIRE CORPORATE AND INFORMATION SERVICES, INC.**

That on the 23rd day of December, 2009, at approximately 11:00 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Complaint and Notice of Pendency upon **CASTLE 2001 LLC**, by delivering to and leaving with Donna Christie an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303, of the Limited Liability Company Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Donna Christie is a white female, approximately 37 years of age, stands approximately 5 feet 3 inches tall, weights approximately 140 pounds with blonde hair

_____
Denise L. Dooley

Sworn to before me
this 23rd day of December, 2009.

_____
FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010